**FROM: The District Court of the 20th Judicial District. County of Lake.**

**STATE OF MONTANA,**

|  |  |
|---|---|
| **Plaintiff,** | **NO. 98-27** |
| **vs.** | **DECISION** |

**Jiry M. Hammond,**

**Defendant.**

On November 18, 1998, the defendant was sentenced to twenty (20) years in the Montana State Prison, with ten (10) years suspended. The defendant received credit for 241 days already served.

On February 12, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Rebecca Dupuis. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the majority decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 12th day of February, 1999.

DATED this 9th day of March, 1999.

**Chairman, Hon. Richard Phillips, Member,**
**Hon. Jeffrey Langton**

The Honorable Marge Johnson dissents.

Judge Johnson is of the opinion that the sentence should be amended to twenty (20) years in the Montana State Prison, with fifteen (15) years suspended. The reasons for the amendment are: Judge Johnson believes that the defendant recognizes the seriousness of the crime and is remorseful, the defendant had no significant prior criminal history, and, based on the defendant's age, ten (10) years in the Montana State Prison would be counterproductive to rehabilitation.

**Member, Hon. Marge Johnson**